IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKE REDFORD, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-12-648 |
| | § | |
| FRED APFFEL, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In conformity with the Order Adopting Memorandum and Recommendation entered this date, this action is **DISMISSED** for Plaintiff's failure to be represented by a licensed attorney.

**SIGNED** this **3rd** day of December, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE